IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EBONEE WATSON,
    Plaintiff,

vs.                                                  Case No.: 3:07cv199/LAC/EMT

MICHAEL J. ASTRUE,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

        Plaintiff, proceeding pro se, initiated this action on May 14, 2007, apparently seeking judicial review of Defendant's decision denying Plaintiff's claim for social security benefits (*see* Doc. 1). Plaintiff, however, filed her complaint on the form for use by pro se litigants in civil rights actions (*id.*). Thus, on May 17, 2007, this court entered an order giving Plaintiff until June 18, 2007, to file an amended complaint indicating, among other things, that this action is brought under 42 U.S.C. § 405(g) and seeks judicial review a final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for benefits (*see* Doc. 4). Plaintiff failed to file an amended complaint as directed; therefore, on October 29, 2007, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 6). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 27th day of November 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 3:07cv199/LAC/EMT